FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 13, 2026

SEAN F. MCAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MARIA EVA GOMEZ TAPIA,<br>Plaintiff,<br>vs.<br>CARRIE M. SELBY et al.,<br>Defendants. | No: 4:26-cv-05164-RLP<br>ORDER OF DISMISSAL |

Before the Court is Plaintiff's Notice of Voluntary Dismissal. ECF No. 4. Plaintiff may voluntarily dismiss this case without court order under FRCP Rule 41(a)(1)(A)(i) as Defendant has not filed an answer or a motion for summary judgment. Accordingly, **IT IS ORDERED** that this action is **DISMISSED** without prejudice. The District Court Executive is directed to enter this order and close the file.

**DATED** October 12, 2026.

REBECCA L. PENNELL
United States District Judge